# EXHIBIT G

## Claim Chart for U.S. Patent No. 10,890,278 – Vieneci Garden, Inc.

Telebrands Corporation ("Telebrands") provides evidence of infringement of Claim 1 of U.S. Patent No. 10,890,278 (the "'278 Patent") by Vieneci Garden, Inc. ("Vieneci"). In support thereof, Telebrands provides the following claim chart.

"Accused Products" as used herein refers to at least the Vieneci Expandable Garden Hose in sizes 25 feet, 50 feet, 75 feet, 100 feet, 125 feet, and 150 feet, as shown on Vieneci's website, www.vieneci.com/.

This claim chart demonstrates Vieneci's infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Products. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Vieneci has not yet provided any non-public information. An analysis of Vieneci's (or other third parties') non-public documentation may assist in fully identifying all infringing components, aspects, features, and/or additional products provided by Vieneci. Accordingly, Telebrands reserves the right to supplement this infringement analysis once such information is made available to Telebrands. Furthermore, Telebrands reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim or claims.

Telebrands provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Telebrands reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Telebrands contends that Vieneci directly infringes the '278 Patent in violation of 35 U.S.C. § 271(a) by making, using, offering for sale, or selling within the United States or importing into the United States the Accused Products. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Telebrands further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Vieneci makes, uses, offers for sale, sells, and/or imports in the United States, or has made, used, offered for sale, sold, and/or imported in the past, without authority, and/or induces others to make, use, offer for sale, sell, and/or import in the United States, or has induced others to make, use, offer for sale, sell, or import in the past, without authority products that infringe at least claim 1 of the '278 Patent, including without limitation, the Accused Products.

Unless otherwise noted, Telebrands believes and contends that each element of each claim asserted herein is literally met by the Accused Products. However, to the extent that Vieneci attempts to allege that any asserted claim element is not literally met,

Telebrands believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Telebrands did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Products, Telebrands asserts that, on information and belief, any similarly-functioning products also infringes the charted claim.  Telebrands reserves the right to amend this infringement analysis based on other products made, used, offered for sale, sold, and/or imported by Vieneci.  Telebrands also reserves the right to amend this infringement analysis by citing other claims of the '278 Patent, not listed in the claim chart, that are infringed by the Accused Products.  Telebrands further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[PRE] | A garden hose comprising: | The Accused Products are garden hoses.<br><br>Below is a screen shot of the Vieneci 50 foot Expandable Garden Hose:<br><br><br><br>*See*, http://vieneci.com/index.php?m=home&c=View&a=index&aid=37 (last visited February 16, 2023). |
| 1[A] | a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow, said flexible elongated outer tube having a maximal length; | The Accused Products have a flexible elongated outer tube (e.g., the black and green fabric, flexible and elongated outer tube shown in the below images) constructed from a fabric material having a first end and a second end; the interior of the outer tube is substantially hollow; and the outer tube has a maximal length. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
|  |  | The below screen shot from Vieneci's Amazon store describes the Accused Products as: "VIENECI 50 ft Garden Hose Expandable Hose, Durable Flexible Water Hose, 10 Function Spray Hose Nozzle, Solid Brass Connectors, ***Extra Strength Fabric***, Lightweight Expanding Hose."  *See*, https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight-Expanding/dp/B09MHD72VK/ref=sr _1_1_sspa?keywords=vieneci&qid= 1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= ZW5jcnlwdGVkUXVhbGma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyVk04VlhLNzcw VVpNJndpZGdldE5hb |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | WU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 (emphasis added) (last visited February 16, 2023).<br><br>The above image of the Accused Product also shows that the outer tube has first and second ends (each end connected to one of the connectors).<br><br>The Accused Product is described as having an "Extra-Flexible 3750D Polyester Cover Fabric" (e.g., a flexible elongated outer tube constructed from a fabric material).<br><br><br><br>*See*, http://vieneci.com/index.php?m=home&c=View&a=index&aid=37. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The product details explain that the Accused Product, including the fabric outer tube expands up to 3 times in length under water pressure (from 17 feet to 50 feet), and therefore the outer tube has a maximal length.<br><br>"3 Times Expandable Garden Hose: Only 2.7 LBS, it's incredibly lightweight, flexible, collapsible and functional. It starts at 17 feet, expanding to 50 feet under 0.5Mpa water pressure, and contracts to its original length when the water is out. This flexibility allows the expandable hose to be self-draining, not kinked, not twisted, and not tangled. Please make sure water runs full blast to extend to 50ft" *See*, https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight- Expanding/dp/B09MHD72VK/ref=sr _1_1_sspa?keywords=vieneci&qid= 1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= ZW5jcnlwdGVkUXVhbGlma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyVk04VlhLNzcw VVpNJndpZGdldE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The Accused Products are described as expandable garden hoses that have a "3 Times Expanding Design," which allows the hoses to "automatically expand[] up to 3 times [their] original length under standard pressure when water is turned on."  Extend to 3 times the original length VIENECI expandable garden hose automatically expands up to 3 times its original length under standard pressure when water is turned on and shortens to its length when the water is turned off. Since this type of hose expands only when filled with water, it is compact and lightweight. Children and seniors can carry this hose easily because they are lighter than a traditional garden hose. *See* https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight-Expanding/dp/B09MHD72VK/ref=sr _1_1 _sspa?keywords=vieneci&qid= 1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
|  |  | ZW5jcnlwdGVkUXVhbGma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyAvk04VlhLNzcw VVpNJndpZGdldE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1.<br><br>The below image taken of the Accused Product shows that the flexible elongated outer tube is substantially hollow:<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[B] | a flexible elongated elastic inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said elastic inner tube having a relaxed length when said inner tube is not extended, said inner tube relaxed length being less than said outer tube maximal length; | The Accused Products have a flexible elongated elastic inner tube (e.g., the blue elastic tube shown inside the black and green fabric outer tube in the below images) having a first end and a second end; the interior of the inner tube is substantially hollow; the inner tube is formed of an elastic material; the elastic inner tube having a relaxed length when the inner tube is not extended or being stretched whereby the inner tube relaxed length is less than the maximal length of the outer tube.

The Accused Products are described as having a "durable 4-layer *latex* core," (latex is an elastic material) that runs the length of the outer tube, and that the hose (and therefore the inner elastic tube) extends to three times in length, from 17 feet in its relaxed state (when the inner tube is not being stretched – i.e., when there is no water pressure being applied to the hose) to 50 feet in its stretch or extended state (when pressurized water is being applied to the hose). That is, the relaxed length of the inner tube is approximately 17 feet and its extended or stretched length is 50 feet, or 3x its relaxed length. The relaxed length of the inner tube (17 feet) is therefore substantially less than the maximal length of the outer tube (50 feet). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | "High-Quality Material: Our 50 ft flexible expanding water hose uses **high density 4 layer latex cores** and powerful 3750D polyester fabric cover to prevent breakage and leakage. VIENECI is made of premium materials can withstand water pressures of up to 174 PSI/12 Bar which can be used in almost any weather. No more worrying about leaks, tangles or kinks."<br><br><br><br>Ultra-thick 4 Layers Latex Core & Durable Polyester Fabric<br><br>VIENECI garden hoses are made of the highest quality materials: durable 4-layer latex hose. Thicker and more durable than 2-3 layers. No more worrying about leaks, tangles or kinks when using the hose. A strong 3750D polyester fabric protects the core from damage. Rugged and durable, it stands up to the rigors of lawn and garden care. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | *See* https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight-Expanding/dp/B09MHD72VK/ref=sr_1_1_sspa?keywords=vieneci&qid= 1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= ZW5jcnlwdGVkUXVhbGlma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyVk04VlhLNzcw VVpNJndpZGdldE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 (emphasis added).

The below image taken of the Accused Product shows that the flexible elongated elastic inner tube (e.g., the blue inner tube inside the black and green fabric outer tube) is substantially hollow.

 |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[C] | a first coupler secured to said first end of said inner tube and said outer tube, said first coupler constructed to couple said hose to a conventional facet thereby providing pressurized water; | The Accused Products have a first coupler (e.g., first connector that connects the hose to a conventional facet thereby providing pressurized water) secured to the first end of the inner and the outer tubes, the first coupler is constructed to couple the hose to a conventional facet thereby providing pressurized water.<br><br>The below images show the first coupler (e.g., connector, annotated in red) secured to one end of the hose (and thus a first end of the inner latex tube and the outer fabric tube).<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
|  |  | <br><br>Leakproof Design<br><br>VIENECI Hose comes with solid 3/4-inch connectors can effectively prevent cracking and corrosion, fit any standard faucet and are built to last. Equip with 3 leak-proof washers for enhanced leak resistance. Note: As the hose contracts, changes into water pressure can cause the faucet to contract irregularly. Please keep crowd (especially kids) away when retracting the hose to avoid accidental injury.<br><br>*See*, https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight-Expanding/dp/B09MHD72VK/ref=sr_1_1_sspa?keywords=vieneci&qid=1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= ZW5jcnlwdGVkUXVhbGma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyVk04VlhLNzcw VVpNJndpZGdldE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 (first coupler identified by red box). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, the below image of the Accused Product shows the first coupler (e.g., connector) that is secured to the first end of the inner and the outer tubes.  The image shows that the first end of the inner tube and the outer tube are crimped together and thereby connected to the first coupler.<br><br><br><br>The first coupler is adapted to attach the hose to a conventional facet or other source of pressurized liquid (e.g., a standard water spigot).  *See* the above image and description that the Accused Product "comes with solid 3/4-inch connectors can effectively prevent cracking and corrosion, ***fit any standard faucet*** and are built to last." *See* https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight- Expanding/dp/B09MHD72VK/ref=sr _1_1_sspa?keywords=vieneci&qid= 1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= ZW5jcnlwdGVkUXVhbGma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyVk04VlhLNzcw VVpNJndpZGdldE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 (emphasis added). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[D] | a second coupler secured to said second end of said inner tube and said outer tube, said inner tube is unsecured to said outer tube between said first and second ends so that said outer tube outer tube can move freely over said inner tube; and | The Accused Products have a second coupler (e.g., second connector) secured to the second end of the inner tube and the outer tube, the inner tube is unsecured to the outer tube between the first and second ends so that the outer tube can move freely over the inner tube.<br><br>The below images show the second coupler (e.g., connector, annotated in red) secured to the second end of the hose (and thus the second end of the inner latex tube and the outer fabric tube).<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | <br><br>Leakproof Design<br><br>VIENECI Hose comes with solid 3/4-inch connectors can effectively prevent cracking and corrosion, fit any standard faucet and are built to last. Equip with 3 leak-proof washers for enhanced leak resistance. Note: As the hose contracts, changes into water pressure can cause the faucet to contract irregularly. Please keep crowd (especially kids) away when retracting the hose to avoid accidental injury.<br><br>*See*, https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight-Expanding/dp/B09MHD72VK/ref=sr_1_1_sspa?keywords=vieneci&qid=1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= ZW5jcnlwdGVkUXVhbGma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyAyVk04VlhLNzcw VVpNJndpZGdldE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 (second coupler identified by red box). |

16

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, the below image of the Accused Product shows the second coupler (e.g., connector) that is secured to the second end of the inner and the outer tubes.  The image shows that the second end of the inner tube and the outer tube are crimped together and thereby connected to the second coupler.<br><br><br><br>As can be seen, the second coupler includes a valve having an on/off handle. The valve is provided between the second coupler and a hose spray nozzle.  The valve controls water flow out of the hose – that is, it permits water to flow out of the hose when it is in the open position and prevents water from flowing out of the hose when it is in the closed position. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The inner tube is unsecured to the outer tube between the first and second ends, which can be seen by the below image showing the inner tube loosely resting within the outer tube.<br><br><br><br>Notably, the outer tube can and does move freely over the inner tube. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[E] | a flow restrictor coupled to said second coupler, | The Accused Products have a flow restrictor (e.g., valve) coupled to the second coupler (e.g., second connector).<br><br>The below image shows the flow restrictor (e.g., valve), which is provided between the second coupler and a hose spray nozzle.  The valve controls water flow out of the hose – that is, it permits water to flow out of the hose when it is in the open position and prevents water from flowing out of the hose when it is in the closed position.  The valve handle is identified by the red box.<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The flow restrictor (e.g., valve) is also described Vieneci as "[a]n on/off valve on the water hose[, which] makes it easy to control the flow of water."  *See*, https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight-Expanding/dp/B09MHD72VK/ref=sr_1_1_sspa?keywords=vieneci&qid=1676523805&sr=8-1-spons&smid=AVR22N7EMN5AM&spLa=ZW5jcnlwdGVkUXVhbGlma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyAyVk04VlhLNzcw VVpNJndpZGdldDE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 (second coupler identified by red box). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | whereby upon introduction of a flow of pressurized water through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized water from exiting said inner tube, said inner tube fills with pressurized water resulting in an increase in water pressure within said inner tube interior, said increase in water pressure expands said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing said hose to an expanded condition, and whereby stopping said flow of pressurized water into said first coupler and releasing said pressurized water out of said second coupler results in said hose contracting to a decreased length as a result of an automatic contraction of said elastic inner tube. | The Accused Products operate such that they satisfy this limitation.<br><br>For example, the Accused Products operate as follows:  (1) the first coupler is attached to a faucet, water spigot or pressurized water source and the second coupler is connected to a spray nozzle with the valve in the off or closed position; (2) pressurized water is introduced to the hose through the first coupler and into the inner tube, with the flow restrictor or valve of the second coupler closed, which prevents the water from exiting the inner tube; (3) at this point, water pressure builds up in the inner tube and expands the inner tube longitudinally along the length of the inner tube and laterally across the width of the inner tube, which increases the length of the hose to an expanded condition.<br><br>Vieneci's Amazon store website explains that the Accused Products "start[] at 17 feet, expanding to 50 feet under 0.5Mpa water pressure, and contracts to its original length when the water is out."  The website further explains that the Accused Products "automatically expand[] up to 3 times its original length under standard pressure when water is turned on and shortens to its length when the water is turned off."  *See*, https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight- Expanding/dp/B09MHD72VK/ref=sr _1_1_sspa?keywords=vieneci&qid= 1676523805&sr=8-1-spons&smid= AVR22N7EMN5AM&spLa= ZW5jcnlwdGVkUXVhbGma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5 cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyVk04VlhLNzcw VVpNJndpZGdldE5hbWU9c3BfYYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1.<br><br>That is, the Accused Products extend to three times its length from 17 feet (relaxed length) when the inner tube is not being stretched (no water pressure) and expands to 50 feet (stretched length) when water pressure is introduced to |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | the hose. The inner tube must also expand laterally across a width of the inner tube as the pressure of the water increases the size of the hose to the expanded condition.<br><br>The Accused Products further operate such that stopping the flow of pressurized water into the first coupler (shutting the faucet off) and releasing the pressurized water out of the second coupler (opening the valve) results in the hose contracting to a decreased length as a result of an automatic contraction of the elastic inner tube. Vieneci's Amazon store website explains that the Accused Products "contract[] to [their] original length when the water is out [of the hose]" – i.e., "shorten[] to [their] length when the water is turned off."<br><br><br><br>**Extend to 3 times the original length**<br>VIENECI expandable garden hose automatically expands up to 3 times its original length under standard pressure when water is turned on and shortens to its length when the water is turned off. Since this type of hose expands only when filled with water, it is compact and lightweight. Children and seniors can carry this hose easily because they are lighter than a traditional garden hose. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | *See,* https://www.amazon.com/VIENECI-Expandable-Connectors-Lightweight-Expanding/dp/B09MHD72VK/ref=sr_1_1_sspa?keywords=vieneci&qid=1676523805&sr=8-1-spons&smid=AVR22N7EMN5AM&spLa=ZW5jcnlwdGVkUXVhbGma WVyPUExNVp VRkI3Qlg0SlZZJmVuY3J5cHRlZElkPUEwNzQyMzExMTF VMEZPSUVGQ0g5WCZlbm NyeXB0ZWRBZElkPUEw Mjg2NzAyYVk04VlhLNzcw VVpNJndpZGdldDE5hbWU9c3BfYX RmJmFjdGlvbj1jbGlja1JlZGlyZWN0Jm RvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1.<br><br>*See also* the instruction manual that is shipped with the Accused Products, set forth below, which explains this process as well.<br><br> |