**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| TELEBRANDS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-00316-JRS-MJD |
| v. | ) | |
| | ) | |
| VIENECI GARDEN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF W. MICHAEL ETIENNE**
**IN SUPPORT OF MOTION FOR LEAVE TO SEEK LIMITED**
**DISCOVERY UPON THIRD PARTIES**

I, W. Michael Etienne, declare as follows:

1.      My name is W. Michael Etienne. I am a member in good standing of the State Bar of Indiana and the United States District Court for the Southern District of Indiana. I am a lawyer at the law firm of Taft, Stettinius & Hollister LLP, and one of the counsel for Plaintiff Telebrands Corporation ("Telebrands") in this action.

2.      I make this declaration in connection with Telebrand's Motion to Seek Limited Discovery Upon Third Parties. I have personal knowledge of the facts in this Declaration and, if called as a witness, could and would testify to such facts under oath.

3.      Based on information available at Amazon.com, Walmart.com, excelfarmsupplies.com, flawlessliquidation.com, sprintgearllc.com, newdawndecor.com, and farhaddealz.com (the "Third Party Storefronts"), it appears that Defendant Vieneci Garden Inc. ("Vieneci")'s "Vieneci Expandable Garden Hoses" available in various sizes (the "Accused Products") have been and/or are currently offered for sale through the Third Party Storefronts.

4.      I certify that Doc. No. 1-4 is a true and correct copy of Amazon.com's storefront, appearing to offer Accused Products for sale on February 17, 2023.

5.      I certify that **Exhibit A1** attached to this Declaration is a true and correct copy of Walmart.com's storefront, appearing to offer Accused Products for sale on August 28, 2023.

6.      I certify that **Exhibit A2** attached to this Declaration is a true and correct copy of excelfarmsupplies.com's storefront, appearing to offer Accused Products for sale on August 28, 2023.

7.      I certify that **Exhibit A3** attached to this Declaration is a true and correct copy of flawlessliquidation.com's storefront, appearing to offer Accused Products for sale on August 28, 2023.

8.      I certify that **Exhibit A4** attached to this Declaration is a true and correct copy of sprintgearllc.com's storefront, appearing to offer Accused Products for sale on November 9, 2023.

9.      I certify that **Exhibit A5** attached to this Declaration is a true and correct copy of newdawndecor.com's storefront, appearing to offer Accused Products for sale on November 9, 2023.

10.      I certify that **Exhibit A6** attached to this Declaration is a true and correct copy of farhaddealz.com's storefront, appearing to offer Accused Products for sale on November 9, 2023.

11.      Telebrands does not currently have access to payment records or other evidence that would allow it to establish the dollar value and units of Accused Product sold through the Third Party Storefronts.

12.      Based on at least Doc. No. 1-4, Exhibit A1, Exhibit A2, Exhibit A3, Exhibit A4, Exhibit A5, and Exhibit A6, Telebrands believes that it can obtain evidence allowing it to establish Vieneci's sales of Accused Products through discovery from Amazon.com, Inc., Wal-Mart.com

USA, LLC and Walmart Inc., Excel Supplies LLC, flawlessliquidation.com, Sprint Gear LLC, newdawndecor.com, and Farhad Dealz LLC (collectively, the "Third Party Sellers"), who operate the Third Party Storefronts.

13.     The purpose of Telebrands request to seek limited discovery is to obtain information from the Third Party Sellers that would allow Telebrands to calculate with reasonable certainty the damages adequate to compensate it for Vieneci's infringement based on sales of the Accused Products through the Third Party Storefronts. Telebrands would not seek consumer-specific data.


I declare under penalty of perjury that the foregoing is true and correct.

DATED:  November 10, 2023

/s/ W. Michael Etienne
W. Michael Etienne, Atty. No. 35221-32
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
P:  317-713-3500
F:  317-713-3699
E:  metienne@taftlaw.com

*Attorney for Plaintiff Telebrands Corporation*

# Exhibit A1

Case 1:23-cv-00316-JRS-MJD Document 36-1 Filed 11/10/23 Page 5 of 36 PageID #: 284

Patio & Garden / Garden Center / Watering & Irrigation / Garden Hoses / Shop All Garden Hoses







For the planet                                                                                  Sponsored





+ Add

**$39.99**
★★★★★ 1

100FT Garden Hose Water Hose for Watering and Washing

3+ day shipping



Best seller

Options

**Now $33.99** ~~$38.99~~
Options from $33.99 - $43.99

100ft Expandable Garden Hose: Heavy Duty Nylon, Collapsible, Flexible | 1Yr Warranty | Shut off Valve | 8 Way Sprayer | Triple Hose

★★★★½ 108

+3 options

2-day shipping



In 50+ people's carts

+ Add

Sponsored

**$44.94** ~~$89.9 c/ft~~

HydroTech Burst Proof Expandable Garden Hose - Wat...

★★★★☆ 583

Pickup    Delivery    3+ day shipping

---

## About this item

### Product details                                                                                  ⌃

garden hose water hose garden water pipe retractable hose expandable hose flexible hose heavy duty garden hose drinking water hose kink free car wash hose lightweight garden hose no kink collapsible retractable hose pipe mangueras de agua para jardin

- Expand 33ft to100ft Magically: The flexible hose starts out from 33 FT; when the water is turned on the hose quickly expands up to 3 times in length (100 FT), and restore in minutes when water gone. Make your garden simple without having to work so hard.
- 9 Functions Spray Nozzle:  The sprayer boasts non-slip and comfortable grip and rotating bezel for choosing 9 spray patterns: Full, Flat, Shower, Cone, Jet, Soaker, Angle, Mist and Center. Great for house/car/floor/yard washing, garden watering, pet cleaning, having fun or business use.
- No More Leaks: Heavy duty hose with double layered latex core & Solid brass fittings, which can withstand water pressure up to 12 Bar. Not only ensures its service life, also keep you away from the hidden danger of pipe's burst. No more worries about leaks, tear or cracks!
- Kink Free Garden Hose: Using the extra-flexible material, high strength tough woven casing, it can efficiently protect latex pipe. The advanced design will never kink, tangle or twist. Help you get rid of all the obsession when using a polyester fabric or plastic pipe.
- Super Easy to Use and Store: Retractable, lightweight, highly portable, flexible hose, simple way to save your storage space. Just drain water from the hose when not in use, store out of direct sun. Plus, you also have a water hose hanger, This is designed to hold the water pipe.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

---

### Specifications                                                                                  ⌃

**Brand**
VIENECI

**Manufacturer Part Number**
PD-33248

**Manufacturer**
VIENECI

---

💬  Report incorrect product information

In 50+ people's carts

---



$24.99
Options from $24.99 – $59.99
CozyBox 50ft Water Hose - Upgraded Leakproof Lightweight No-Kink Garden Hose, Flexible



Sponsored
$36.99
100 FT Garden Expandable Hose with 10-Function Spray Nozzle Potable Car Wash Tool Extra Strength Fabric Cover w. 3/4" Heavy Duty Brass Valve with Grow Bag



Sponsored
$29.94
Options from $29.94 – $64.00
HydroTech Burst Proof Expandable Garden Hose - Wat

---

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

☆☆☆☆☆ (0 reviews)

Write a review

---

This item doesn't have any reviews yet.

---

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---

VIENECI

VIENECI 100ft Garden Hose Expandable Hose, Durable Flexible Water Hose, 9 Function Spray Hose Nozzle, 3/4" Solid Brass Connectors, Extra Strength Fabric, Lightweight Expanding Hose

$68.00

Price when purchased online ⓘ

Out of stock

🏠 Currently out of stock

| ♡ Add to list | 🎁 Add to registry |

Reduced price | Sponsored
Now $35.99 $39.99
Zukka 100ft Expandable Garden Hose Water Hose with Durable 3-Layers Latex and 10 Function Nozzle Durable Flexible Water Hose with Solid Fittings
★★★★☆ 7
2-day shipping

+ Add





Reduced price
Now $15.45 $29.99
Options from $15.45 – $19.45
Short Garden Hose 5/8 x 5 ft,Super Flexible Leader Hose,Heavy Duty Lead-in Hose Burst 600 PSI
★★★★☆ 390
2-day shipping
+2 options



$29.99
Options from $29.99 – $42.99
1/2 in Porous Soaker Drip Line Hose Black Tubing 25/50/98FT
★★★★☆ 75
3+ day shipping
+3 options



Now $10.44 $28.09
Options from $10.44 – $55.73
Element SoakerPRO 3/8' x 50' Soaker Hose
★★★★☆ 320
3+ day shipping
+2 options

---

**Report:** ☺ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Expandable Hoses                    Garden Hoses

Watering & Irrigation               Soaker Hoses

Metal Hoses                         Garden Center

# Exhibit A2

Case 1:23-cv-00316-JRS-MJD    Document 36-1    Filed 11/10/23    Page 8 of 36 PageID #: 267





Shop Now Our Latest Trending Products!    ✕



Home    Shop All ⌄    About Us    Contact

Home  →  Watering Supplies  →  VIENECI Hose 100ft Garden



-83%



# VIENECI Hose 100ft Garden

**$39.99**    ~~$236.24~~

Quantity



-    1    +

🛒
**Add to cart**

**Buy it now**

✉ Ask about product

---

## Description    Additional information

---

Make sure this fits by entering your model number.

3 Times Expandable Garden Hose: Only 4.5 LBS, it's incredibly lightweight, flexible, collapsible and functional. It starts at 33 feet, expanding to 100 feet under 0.5Mpa water pressure, and contracts to its original length when the water is out. This flexibility allows the expandable hose to be self-draining, not kinked, not twisted, and not tangled. Please make sure water runs full blast to extend to 100ft.

10 Functions Spray Nozzle: VIENECI water hose nozzle supports 10 patterns to fulfill your different watering purposes. Rotating bezel to choose the kind of nozzle you need: Full, Flat, Shower, Cone, Jet, Soaker, Angle, Mist, 1/2 vert and Center. The 10-pattern rotating hose spray nozzle is suitable for various of applications, you can keep it in your car/boat/suv/rv/truck and use it to give them a professional clean. The 3/4in Anti Leak Connector fits the typical outdoor garden taps in US.

High-Quality Material: Our 100 ft flexible expanding water hose uses high density 4 layer latex cores and powerful 3750D polyester fabric cover to prevent breakage and leakage. VIENECI is made of premium materials can withstand water pressures of up to 174 PSI/12 Bar which can be used in almost any weather. No more worrying about leaks, tangles or kinks.

Wide Application and Easy to Store: This kink free expandable 100 ft garden hose is suitable for all of your outdoor watering needs, including house, car, floor, yard washing, garden watering, even pet cleaning. You just drain water from the shrink hose when not in use. And use the equipped storage bag to store your lightweight water hose 100 ft out of direct sun, or rewind the garden water pipe into a hose hanger for store. Connectable for Longer Size: If your backyard is large enough, beyond the reach of a standard expandable hose. VIENECI offers 25 feet, 50 feet, 75 feet, 100 feet hoses, which can be connected to obtain the longer size you need, like 125 feet, 150 feet, 175 feet and 200 feet.

8/29/23, 8:05 PM     Vieneci Hose 100ft Garden Hose Expandable Hose, Durable Flexible Water Hose, 10 Function Spray Hose Nozzle 3/4 Solid B...

Case 1:23-cv-00816-JRS-MJD  Document 36-1  Filed 11/10/23  Page 11 of 36 PageID #: 290

# Related products



INNAV8 Water Hose Nozzle
Sprayer - Features 10 Spray
Patterns, Thumb Control, On Off
Valve for Easy Water Control -
HIGH Pressure Garden Hose
Nozzle for Garden Hose - Garden
Hose Spray Nozzle for Hose

$13.95  $84.23

Update Automatic Plant Watering
Devices, Universal Self Watering
Spikes with Slow Release Control
Valve Switch System Suitable for
All Bottles, Vacation Drip Irrigation
Watering Gardens& Lawn (12PCS)

$9.98  $47.19

MIXC Drip Irrigation Kit, 100FT
Garden Irrigation System Plants
Watering System For Lawn Patio
Raised Bed Automatic Irrigation
Equipment With 1/4" Blank
Distribution Tubing , Adjustable
Nozzle Emitters Sprinkler, Barbed
Parts And Irrigation Connectors

$111.36



(779) 234 7936

contact@excelfarmsupplies.com

111 N WABASH AVE STE
3173 CHICAGO, IL 60602

Our Categories

Animal & Pest Management

Décor & Outdoor Living

Gardening Supplies

Lawn & Garden Care

Pots & Planters

Soil & Amendments

Tools & Equipment

Water Gardening

Watering Supplies

Wildlife Care

Quick Links

Home

Shop All

About Us

Contact

**Useful Links**

My Account

Wishlist

Returns & Refunds

Privacy Policy

Terms of Service

Copyright © 2022 Excel Farm Supplies. All Rights

# Exhibit A3



Home > Products > VIENECI Expandable Garden Hose with Nozzle

## VIENECI Expandable Garden Hose with Nozzle

**$10.00** ~~$22.99~~

You Save **$12.99 (57%)**

Size: **25 FT**

25 FT

Color: **Black/Green**

Black/Green

 **In stock and ready for shipping**

Quantity

1

**Add to cart**

We Accept



### About this item

- 3 Times Expandable Garden Hose: Only 1.8 LBS, it's incredibly lightweight, flexible, collapsible and functional. It starts at 9 feet, expanding to 25 feet under 0.5Mpa water pressure, and contracts to its original length when the water is out. This flexibility allows the expandable hose to be self-draining, not kinked, not twisted, and not tangled. Please make sure water runs full blast to extend to 25ft.
- 10 Functions Spray Nozzle: VIENECI water hose nozzle supports 10 patterns to fulfill your different watering purposes. Rotating bezel to choose the kind of nozzle you need: Full, Flat,

Shower, Cone, Jet, Soaker, Angle, Mist,1/2 vert and Center. The 10-pattern rotating hose spray nozzle is suitable for various of applications, you can keep it in your car/boat/SUV/RV/truck and use it to give them a professional clean. The 3/4in Anti Leak Connector fits the typical outdoor garden taps in US.

- High-Quality Material: Our 25 ft. flexible expanding water hose uses high density 4 layer latex cores and powerful 3750D polyester fabric cover to prevent breakage and leakage. VIENECI is made of premium materials can withstand water pressures of up to 174 PSI/12 Bar which can be used in almost any weather. No more worrying about leaks, tangles or kinks.
- Wide Application and Easy to Store: This kink free expandable 25 ft. garden hose is suitable for all of your outdoor watering needs, including house, car, floor, yard washing, garden watering, even pet cleaning. You just drain water from the shrink hose when not in use. And use the equipped storage bag to store your lightweight water hose 25 ft. out of direct sun, or rewind the garden water pipe into a hose hanger for store.
- Connectable for Longer Size: If your backyard is large enough, beyond the reach of a standard expandable hose. VIENECI Hose offers 25 feet, 50 feet, 75 feet, 100 feet, 125 feet, 150 feet hoses, which can be connected to obtain the longer size you need, like 125 feet, 175 feet, 250 feet and 300 feet.

## Why Do People Love VIENECI Hose So Much?

### Lightweight, flexible, collapsible and functional



VIENECI Hose expands three times in length when in use and is 5 times lighter then other garden hoses. Perfect for all of your outdoor watering needs, including house, car, floor, yard washing, garden watering, even pet cleaning.

- Expands 3 times its length when water pressure is on
- Contracts to its original length when pressure is off
- Leak-free solid 3/4 Inches brass connector
- Only 1/5 the weight of a traditional hose
- 10 function spraying nozzle
- Never angle twist or kink
- Compact, lightweight, easy to store in very small places
- Suitable for watering, scrubbing, cleaning pets and car washes

### Extend to 3 times the original length



VIENECI expandable garden hose automatically expands up to 3 times its original length under standard pressure when water is turned on and shortens to its length when the water is turned off.

Since this type of hose expands only when filled with water, it is compact and lightweight. Children and seniors can carry this hose easily because they are lighter than a traditional garden hose.

**Leakproof Design**





VIENECI Hose comes with solid 3/4-inch connectors can effectively prevent cracking and corrosion, fit any standard faucet and are built to last. Equip with 3 leak-proof washers for enhanced leak resistance. Note: As the hose contracts, changes into water pressure can cause the faucet to contract irregularly. Please keep crowd (especially kids) away when retracting the hose to avoid accidental injury.

**Ultra-thick 4 Layers Latex Core & Durable Polyester Fabric**



VIENECI garden hoses are made of the highest quality materials: durable 4-layer latex hose. Thicker and more durable than 2-3 layers. No more worrying about leaks, tangles or kinks when using the hose. A strong 3750D polyester fabric protects the core from damage. Rugged and durable, it stands up to the rigors of lawn and garden care.

**Lighter and Easy to Storage**



VIENECI Flexible Garden Hose is lighter and more flexible than traditional rubber garden hoses. Once contracted, expandable hose are small and compact making them easy to store. You no longer have to drag a heavy garden hose to work, it is easy to use even for the elderly and children.

**No kinks or Tangles**



You must have been frustrated with tangled or kinked rubber hoses in the past. Now the innovative technology of VIENECI expandable hose reduces the possibility of such problems. You no longer have to stop working and spend a lot of time untangling a tangled water pipes.

**Brass On/off Valve**



Leaks and cracks are eliminated by using solid brass fittings instead of plastic. No more water leaks all around, avoiding the most common corner damage. An on/off valve on the water hose makes it easy to control the flow of water. You don't need to go to the faucet many times, more convenient to use and more water-saving.

**About VIENECI**

Clearly, expandable garden hose has been a hit. We are a professional manufacturer with nearly 25 years of experience in water pipe production. We are committed to development, innovation, and focus on applying the latest technology to horticultural products, so that you can enjoy your gardening life better.

 Pickup available at **1610 East Orangethorpe Avenue**
Usually ready in 1 hour

View store information

## Recommended for You







Room Essentials™

Room Essentials™ 1/2gal Watering Can

**$2.00** ~~$5.00~~

ZENY™

ZENY™ 2-in-1 Mini Portable Twin Tub Washing Machine

**$97.00** ~~$219.18~~

ZENY™ Sin

**$4**

## Hot Categories



# Home & Kitchen





## Toys & Games



### Location

Flawless Liquidation

1610 E Orangethorpe Ave

Fullerton, CA 92831

info@flawlessliquidation.com

(714) 721-2676

Hours: Mon-Fri: 830AM-5:00PM



# Exhibit A4

🔒 Page Vault

| | |
|---|---|
| Document title: | VIENECI Hose Water Hose, Expandable Garden Hose with 10 Function Water Pipe Spray Nozzle, 3/4 inch Solid Brass Fittings, Extra Strength Fabric, Lightweight & No-kink Flexible Water Hose 50 FT - Sprint Gear Official |
| Capture URL: | https://sprintgearllc.com/product/vieneci-hose-water-hose-expandable-garden-hose-with-10-function-water-pipe-spray-nozzle-3-4-inch-solid-brass-fittings-extra-strength-fabric-lightweight-no-kink-flexible-water-hose-50-ft/ |
| Page loaded at (UTC): | Thu, 09 Nov 2023 20:10:25 GMT |
| Capture timestamp (UTC): | Thu, 09 Nov 2023 20:12:43 GMT |
| Capture tool: | 10.34.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | 8tvJ2Du59QXFzS2iEXkw9b |
| User: | taftlaw-azierman |

PDF REFERENCE #:     8xUQFWc1wsBi19n36L55gj

**Sprint Gear Official**

Home   Shop ∨   Cart   Contact   About Us

0.00$



SHOP  >  PATIO, LAWN & GARDEN
>  VIENECI HOSE WATER HOSE, EXPANDABLE GARDEN HOSE WITH 10 FUNCTION
WATER PIPE SPRAY NOZZLE, 3/4 INCH SOLID BRASS FITTINGS, EXTRA STRENGTH
FABRIC, LIGHTWEIGHT & NO-KINK FLEXIBLE WATER HOSE 50 FT

< >

IN STOCK

# VIENECI Hose Water Hose, Expandable Garden Hose with 10 Function Water Pipe Spray Nozzle, 3/4 inch Solid Brass Fittings, Extra Strength Fabric, Lightweight & No-kink Flexible Water Hose 50 FT

**18.99$**

3 Times Expandable Garden Hose: Only 2.7 LBS, it's incredibly lightweight, flexible, collapsible and...

QTY:   −   1   +

🛒  Add to cart





< >



**Description**    Reviews (0)

3 Times Expandable Garden Hose: Only 2.7 LBS, it's incredibly lightweight, flexible, collapsible and functional. It starts at 17 feet, expanding to 50 feet under 0.5Mpa water pressure, and contracts to its original length when the water is out. This flexibility allows the expandable hose to be self-draining, not kinked, not twisted, and not tangled. Please make sure water runs full blast to extend to 50ft.

10 Functions Spray Nozzle: VIENECI Hose water hose nozzle supports 10 patterns to fulfill your different watering purposes. Rotating bezel to choose the kind of nozzle you need: Full, Flat, Shower, Cone, Jet, Soaker, Angle, Mist,1/2 vert and Center. The 10-pattern rotating hose spray nozzle is suitable for various of applications, you can keep it in your car/boat/suv/rv/truck and use it to give them a professional clean. The 3/4in Anti Leak Connector fits the typical outdoor garden taps in US.

High-Quality Material: Our 50 ft flexible expanding water hose uses high density 4 layer latex cores and powerful 3750D polyester fabric cover to prevent breakage and leakage. VIENECI Hose is made of premium materials can withstand water pressures of up to 174 PSI/12 Bar which can be used in almost any weather. No more worrying about leaks, tangles or kinks.

Wide Application and Easy to Store: This kink free expandable 50 ft garden hose is suitable for all of your outdoor watering needs, including house, car, floor, yard washing, garden watering, even pet cleaning. You just drain water from the shrink hose when not in use. And use the equipped storage bag to store your lightweight water hose 50 ft out of direct sun, or rewind the garden water pipe into a hose hanger for store.

Connectable for Longer Size: If your backyard is large enough, beyond the reach of a standard expandable hose. VIENECI Hose offers 25 feet, 50 feet, 75 feet, 100 feet hoses, which can be connected to obtain the longer size you need, like 125 feet, 150 feet, 175 feet and 200 feet.

## Related products



Patio, Lawn & Garden
XtremepowerUS 85060 Post Hole Digger w/6" Bit Electric 1500W Auger Digging Drill
34.99$



Patio, Lawn & Garden
Wise Owl Outfitters Camping Hammock - Portable Hammock Single or Double Hammock Camping Accessories for Outdoor, Indoor w/ Tree Straps
21.99$



Patio, Lawn & Garden
Arm & Hammer Clear Balance Swimming Pool Maintenance Tablets, 16 Count
29.99$

BACK TO TOP

## Sprint Gear Official

Contact Us

**Get Help**

My account

**Let's stay in touch**

Your email address

Subscribe

tangles or kinks.

Wide Application and Easy to Store: This kink free expandable 50 ft garden hose is suitable for all of your outdoor watering needs, including house, car, floor, yard washing, garden watering, even pet cleaning. You just drain water from the shrink hose when not in use. And use the equipped storage bag to store your lightweight water hose 50 ft out of direct sun, or rewind the garden water pipe into a hose hanger for store.

Connectable for Longer Size: If your backyard is large enough, beyond the reach of a standard expandable hose. VIENECI Hose offers 25 feet, 50 feet, 75 feet, 100 feet hoses, which can be connected to obtain the longer size you need, like 125 feet, 150 feet, 175 feet and 200 feet.

## Related products



Patio, Lawn & Garden
XtremepowerUS 85060 Post Hole Digger w/6" Bit Electric 1500W Auger Digging Drill
34.99$



Patio, Lawn & Garden
Wise Owl Outfitters Camping Hammock - Portable Hammock Single or Double Hammock Camping Accessories for Outdoor, Indoor w/ Tree Straps
21.99$



Patio, Lawn & Garden
Arm & Hammer Clear Balance Swimming Pool Maintenance Tablets, 16 Count
29.99$

## Sprint Gear Official

### Contact Us

**Phone:** +732-875-9992

We accept:



### Get Help

My account

About

FAQs

Contact

### Let's stay in touch

Your email address

**Subscribe**

Keep up to date with our latest news and special offers.

BACK TO TOP

All right re...

Document title: VIENECI Hose Water Hose, Expandable Garden Hose with 10 Function Water Pipe Spray Nozzle, 3/4 inch Solid Brass Fittings, Extra Strength Fabric,…
Capture URL: https://sprintgearllc.com/product/vieneci-hose-water-hose-expandable-garden-hose-with-10-function-water-pipe-spray-nozzle-3-4-inch-solid-brass-fittings-…
Capture timestamp (UTC): Thu, 09 Nov 2023 20:12:43 GMT

# Exhibit A5

| | |
|---|---|
| Document title: | Garden Hose 100 Ft, Durable Flexible Water Hose with 10 F |
| Capture URL: | https://newdawndecor.com/products/vieneci-hose-garden-hose-100-ft-durable-flexible-water-hose-with-10-function-spray-hose-nozzle-3-4-inch-solid-brass-fittings-extra-strength-fabric-lightweight-no-kink-expanding-hose |
| Page loaded at (UTC): | Thu, 09 Nov 2023 20:15:52 GMT |
| Capture timestamp (UTC): | Thu, 09 Nov 2023 20:16:37 GMT |
| Capture tool: | 10.34.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | 9KQKSKzgYo1QfQ5hfdF5tQ |
| User: | taftlaw-azierman |



FREE shipping!

📞 +1 (208) 807-7265    🕐 ALL WEEK FROM 9 AM TO 9 PM

f  📷

New Dawn DECOR

🔍  🛒  👤

Home    Garden    Kitchen    Lighting    Home Decor    Bathroom    Outdoors    Home Office    $35 & Below

Home / Water Garden Hose 100 Ft - Durable Flexible - 10 Function Spray Nozzle, 3/4 Inch Solid Brass Fittings





## Water Garden Hose 100 Ft - Durable Flexible - 10 Function Spray Nozzle, 3/4 Inch Solid Brass Fittings

**$63.52** ~~$76.22~~

**Color:**

Black ▼

**Size:**

100 FT ▼

✉ Ask about this product

Pay in 4 interest-free installments of **$15.88** with Shop Pay  Learn more

−  1  +    **ADD TO CART**

🤍 ADD TO WISHLIST



**Guaranteed SAFE Checkout**

VISA  MasterCard  AMERICAN EXPRESS  Powered by stripe  shopify SECURE

🚚 Estimated Delivery Time    🔒 Secure Checkout    🏆 Satisfaction Guarantee    🛡 Privacy Protected

**Product Type:** garden-hoses

### DESCRIPTION

- 3 Times Expandable Garden Hose: Only 4.5 LBS, it's incredibly lightweight, flexible, collapsible and functional. It starts at 33 feet, expanding to 100 feet under 0.5Mpa water pressure, and contracts to its original length when the water is out. This flexibility allows the expandable hose to be self-draining, not kinked, not twisted, and not tangled. Please make sure water runs full blast to extend to 100ft.
- 10 Functions Spray Nozzle: VIENECI Hose water hose nozzle supports 10 patterns to








fulfill your different watering purposes. Rotating bezel to choose the kind of nozzle you need: Full, Flat, Shower, Cone, Jet, Soaker, Angle, Mist, 1/2 vert and Center. The 10-pattern rotating hose spray nozzle is suitable for various of applications, you can keep it in your car/boat/suv/rv/truck and use it to give them a professional clean. The 3/4in Anti Leak Connector fits the typical outdoor garden taps in US.

- **High-Quality Material:** Our 100 ft flexible expanding water hose uses high density 4 layer latex cores and powerful 3750D polyester fabric cover to prevent breakage and leakage. VIENECI Hose is made of premium materials can withstand water pressures of up to 174 PSI/12 Bar which can be used in almost any weather. No more worrying about leaks, tangles or kinks.
- **Wide Application and Easy to Store:** This kink free expandable 100 ft garden hose is suitable for all of your outdoor watering needs, including house, car, floor, yard washing, garden watering, even pet cleaning. You just drain water from the shrink hose when not in use. And use the equipped storage bag to store your lightweight water hose 100 ft out of direct sun, or rewind the garden water pipe into a hose hanger for store.

---

## RELATED PRODUCTS



GARDEN HOSES

Steel 50 Foot Garden Hose 304 Stainless Steel Metal Water Hose

$40.90   $49.08



GARDEN HOSES

Expandable Garden Hose 25Ft - 10 Function Spray Nozzle - Kink Free Flexible

$38.44   $46.13



GARDEN HOSES

Garden Lead-In Hose 5/8 In. X 75 Ft, Heavy Duty, Lightweight, Drinking Water Safe

$68.33   $82.00





GARDEN HOSES

Expandable Garden Hose 75FT - Flexible with 10 Spray Nozzle - 3 Layer Latex

$46.94   $56.33






---

**REGISTER FOR EXCLUSIVE OFFERS:**

Enter your e-mail   **JOIN US**

### INFO

Search

Do not sell my personal information

About Us

Contact Us

FAQ

Privacy Policy

Return Policy

### ABOUT

Providing high quality home and garden decor, accessories and more. We pride ourselves in the best customer service.

### CONTACT US

**Address:** PO Box 645 NE Franklin Rd. Boise, ID 83709, United States of America

**Phone:** (208)807-7265

**Hours:** ALL WEEK FROM 9 AM TO 9 PM

**E-mail:** info@newdawndecor.com



Document title: Garden Hose 100 Ft, Durable Flexible Water Hose with 10 F
Capture URL: https://newdawndecor.com/products/vieneci-hose-garden-hose-100-ft-durable-flexible-water-hose-with-10-function-spray-hose-nozzle-3-4-inch-solid-brass...
Capture timestamp (UTC): Thu, 09 Nov 2023 20:16:37 GMT

Page 2 of 3





- of up to 174 PSI/12 Bar which can be used in almost any weather. No more worrying about leaks, tangles or kinks.
- **Wide Application and Easy to Store:** This kink free expandable 100 ft garden hose is suitable for all of your outdoor watering needs, including house, car, floor, yard washing, garden watering, even pet cleaning. You just drain water from the shrink hose when not in use. And use the equipped storage bag to store your lightweight water hose 100 ft out of direct sun, or rewind the garden water pipe into a hose hanger for store.

---

### RELATED PRODUCTS

<span style="float:right">‹ ›</span>




GARDEN HOSES

Steel 50 Foot Garden Hose 304 Stainless Steel Metal Water Hose

$40.90  $49.08



GARDEN HOSES

Expandable Garden Hose 25Ft - 10 Function Spray Nozzle - Kink Free Flexible

$38.44  $46.13




GARDEN HOSES

Garden Lead-In Hose 5/8 In. X 75 Ft, Heavy Duty, Lightweight, Drinking Water Safe

$68.33  $82.00

Hose





GARDEN HOSES

Expandable Garden Hose 75Ft - Flexible with 10 Spray Nozzle - 3 Layer Latex

$46.94  $56.33

75FT

---

**REGISTER FOR EXCLUSIVE OFFERS:**

Enter your e-mail  **JOIN US**

#### INFO

Search

Do not sell my personal information

About Us

Contact Us

FAQ

Privacy Policy

Return Policy

Terms of Service

Shipping Policy

#### ABOUT

Providing high quality home and garden decor, accessories and more. We pride ourselves in the best customer service.

#### CONTACT US

**Address:** PO Box 645 NE Franklin Rd. Boise, ID 83709, United States of America

**Phone:** (208)807-7265

**Hours:** ALL WEEK FROM 9 AM TO 9 PM

**E-mail:** info@newdawndecor.com

© New Dawn Decor 2022. All Rights Reserved





---

# Exhibit A6

**Page Vault**

| | |
|---|---|
| Document title: | Farhad Dealz LLC |
| Capture URL: | https://farhaddealz.com/product_detail.php?id=23 |
| Page loaded at (UTC): | Thu, 09 Nov 2023 20:19:53 GMT |
| Capture timestamp (UTC): | Thu, 09 Nov 2023 20:20:27 GMT |
| Capture tool: | 10.34.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | duAxvtcmryxCNCXiJmHUdf |
| User: | taftlaw-azierman |

About   Contact



Search for products 🔍

Customer Service
+1 (786) 396-0798

☰ Categories ⌄      Home   Shop   About   Contact

Home / Shop / Shop Detail





**VIENECI 100ft Garden Hose Expandable, Durable ,Flexible, 9 Function Spray Hose Nozzle, 100FT**

★★★☆☆ (99 Reviews)

**$41.99**

We offer best quality product in best price

**Sizes:** ○ XS  ○ S  ○ M  ○ L  ○ XL

**Colors:** Green

−  1  +    🛒 Add To Cart

Share on: f  t  in  p

---

Description    Features    Specifications

### Product Description

Garden hose water hose garden water pipe retractable hose expandable hose flexible hose heavy duty garden hose drinking water hose kink free car wash hose lightweight garden hose no kink collapsible retractable hose pipe mangueras de agua para jardin

## YOU MAY ALSO LIKE



Fiskars 384490-1002 Garden



Monterey LG6155 Garden Insect



Fiskars 92146964 J Garden  Shear



Fiskars Gardening Tools: Bypass

---

Document title: Farhad Dealz LLC
Capture URL: https://farhaddealz.com/product_detail.php?id=23
Capture timestamp (UTC): Thu, 09 Nov 2023 20:20:27 GMT

Page 1 of 2

Share on:  f  t  in  p

| Description | Features | Specifications |

## Product Description

Garden hose water hose garden water pipe retractable hose expandable hose flexible hose heavy duty garden hose drinking water hose kink free car wash hose lightweight garden hose no kink collapsible retractable hose pipe mangueras de agua para jardin

## YOU MAY ALSO LIKE



Fiskars 384490-1002 Garden Scratch Tool Set with Shovel, Hand Rake and Spade, Black/Orange

$100.99

★★★★★



Monterey LG6155 Garden Insect Spray Liquid Concentrate Insecticide/Pesticide, 1 Gal

$129.99

★★★★★



Fiskars 92146964J Garden, Shear Ease 360 Degree Swivel Grass Trimmer, Black

$14.39

★★★★★



Fiskars Gardening Tools: Bypass Lopper, Sharp Precision-ground Steel Blade, 28◆

$28.59

★★★★★



### GET IN TOUCH

Feel comfortable to contact us!

📍 8345 NW 66 ST STE 8353 MIAMI, FL 33166-2696

✉ info@farhaddealz.com

📞 +1 (786) 396-0798

### QUICK SHOP

> Home
> Our Shop
> About
> Contact

### NEWSLETTER

Feel comfortable to contact us!

| Your Email Address | Sign Up |

**FOLLOW US**

t  f  in  ⊙

© All Rights Reserved. Designed by FARHAD DEALZ LLC

VISA  MasterCard  PayPal  American Express  VISA Electron  Maestro