UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TELEBRANDS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-00316-JRS-MJD |
| v. | ) |
| | ) |
| VIENECI GARDEN, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SEEK LIMITED DISCOVERY UPON THIRD PARTIES**

The Court, having reviewed Telebrands Corporation's Motion for Leave to Seek Limited Discovery (the "Motion"), the supporting declaration of W. Michael Etienne, any additional papers filed in support of or in opposition to the Motion, hereby GRANTS the Motion.

Telebrands is granted leave to take discovery from Amazon.com, Inc., Wal-Mart.com USA, LLC and Walmart Inc., Excel Supplies LLC, flawlessliquidation.com, Sprint Gear LLC, newdawndecor.com, and Farhad Dealz LLC to obtain information regarding Telebrands' damages in this case.

**IT IS SO ORDERED.**

Date: _____

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**Distribution**:
Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.