UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TELEBRANDS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00316-JRS-MJD |
| | ) | |
| VIENECI GARDEN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR NOVEMBER 15, 2023**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Counsel for Plaintiff appeared by telephone for a Status Conference. The parties discussed the status of the case. The Court and Plaintiff's counsel also discussed Plaintiff's Motion for Leave to Seek Limited Discovery Upon Third Parties. [Dkt. 36.] That motion is **GRANTED** and Plaintiff is hereby authorized to conduct any necessary discovery in this matter.

SO ORDERED.

Dated: 15 NOV 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.